USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____3/30/2026____

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

WENDY DREWS and ROLAND BRISTOL, E.B.,
a minor,

                *Plaintiffs,*

       *-against-*

VILLAGE OF SUFFERN POLICE
DEPARTMENT, SERGEANT ABIGAIL ADAMS,
SERGEANT NICHOLAS CARESWELL, and
OFFICER MICHAEL CORLETTA,

                *Defendants.*
-------------------------------------------------------------------------X

Case No.: 7:24-CV-6698- NSR

## NOTICE OF MOTION

**Defendants' motion to dismiss is denied without prejudice for failure to follow the "bundle rule" in the Court's Order at ECF No. 28 subject to refiling on the reply date, May 25, 2026. Additionally, all documents shall be filed individually (i.e., the memo of law shall not be filed as an attachment). The Clerk of Court is kindly directed to terminate the motion at ECF No. 29, to mail a copy of this endorsement to pro se Plaintiffs, and to show service on the docket.**

SO ORDERED:

**Dated: March 30, 2026**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE**, that upon the Declaration of Elizabeth Demler, dated March 27, 2026; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss pursuant to FRCP 12 dated March 27, 2026; and upon all of the pleadings and prior proceedings had herein, the undersigned will move this Court before the Honorable Nelson Stephen Roman, U.S.D.J. at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, 10601-4150, for an Order pursuant to Fed. R. Civ. P. Rule 12(b)(6), dismissing the *pro se* Complaint and all claims asserted against defendants, Village of Suffern Police Department, Sergeant Abigail Adams, and Sergeant Nicholas Careswell, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that opposing memoranda, if any, are to be served in accordance with the Memo Endorsement Order of Honorable Nelson Stephen Roman, U.S.D.J. [DE 28].

Dated: Elmsford, NY
      March 27, 2026

Yours, etc.,
**O'Malley, Padovani, & Demler**

By:\_\_\_\_/s/ Elizabeth Demler_____
  Elizabeth Demler, Esq.
  *Attorneys for Defendants*
  **Village of Suffern Police Department,**
  **Sergeant Abigail Adams, and Sergeant Nicholas**
  **Careswell**
  565 Taxter Road, Suite 220
  Elmsford, NY 10523
  Tel. No.: (914) 347-5522

To:  *Plaintiffs: Wendy Drews, Roland Bristol, and E.B.*
   *ACP 7037 P.O. Box 1110*
   *Albany, New York 12201-1110*

### *ATTORNEY AFFIRMATION OF SERVICE*

STATE OF NEW YORK               )

                                )  ss.:

COUNTY OF WESTCHESTER      )


Elizabeth Demler, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On March 27, 2026, I served a true copy of the annexed:

### MOTION TO DISMISS PURSUANT TO FRCP 12

in the following manner: By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To:      *Plaintiffs: Wendy Drews, Roland Bristol, and E.B.*
         *ACP 7037 P.O. Box 1110*
         *Albany, New York 12201-1110*



Dated:  Elmsford, NY
        March 27, 2026

                                        ___/s/ Elizabeth Demler_____
                                        Elizabeth Demler, Esq.