USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/13/2026___

7:24-cv-6698-NSR
Drews et al v. Andrews et al

MEMORANDUM ENDORSEMENT

Pro se Plaintiff Wendy Drews' emergency motion is DENIED without prejudice to renew. The Court notes that it has already set a briefing schedule for Defendant's anticipated motion to dismiss. (ECF No. 28.) Additionally, the proposed emergency motion seeks, *inter alia*, what might best be described as discovery material.

To the extent Plaintiff Drews seeks an extension of time to respond/oppose the motion to dismiss, the application is GRANTED and the briefing schedule is modified as follows: Plaintiff is directed to serve her opposition on or before June 26, 2026 and Defendant is directed to serve and file a reply on July 14, 2026. Defendant is further directed to file all motion papers, including pro se Plaintiff's opposition papers, on the reply date, July 14, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 33, to mail a copy of this endorsement to pro se Plaintiff Roland Bristol at the address listed on ECF, and to show service on the docket.

Dated: May 13, 2026
White Plains, New York

_____
Nelson S. Roman
U.S. District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendy M. Drews,

Plaintiff,

v.

Abigail Adams, Nicolas Careswell, Michael Corlotta. et al.

Defendants.

Case No. 7:24-cv-06698-NSR

Emergency Motion for Temporary Restraining Order, Preservation of Evidence, Leave to Manually File Media Exhibit, and 60-Day Extension of Time

Plaintiff Wendy M. Drews respectfully moves for emergency relief. SDNY provides procedures for pro se litigants and permits non-incarcerated pro se litigants to seek electronic filing and to file materials under the Court's electronic filing rules. Federal Rule of Civil Procedure 65 governs temporary restraining orders and injunctive relief.

Plaintiff requests: (1) a temporary restraining order barring retaliation, seizure of evidence, or interference with Plaintiff's lodging or person pending further order; (2) an order directing preservation of body-worn camera footage, electronically stored information, levy and restraint records, and related evidence; (3) leave to manually file a zip file / USB media exhibit that cannot practically be filed through ordinary ECF upload; and (4) a 60-day extension of time to file opposition papers or other responsive papers because Plaintiff has been attempting to obtain legal assistance, has contacted numerous law firms without success, and after the May 7, 2026 bank-account seizure and identity-theft-related events, Plaintiff has been materially impaired in preparing filings and accessing records.

Good cause exists for a 60-day extension because Plaintiff states she sought legal help but could not obtain counsel, and the newly documented identity theft report and bank-account issues have

disrupted Plaintiff's ability to meet the current opposition deadline. Plaintiff therefore asks that the deadline for opposition papers be extended by sixty (60) days.

Supporting facts

1. Plaintiff is proceeding pro se in this action.

2. Plaintiff has tried to obtain legal assistance from numerous law firms but has been unable to secure counsel.

3. Plaintiff's bank accounts were allegedly seized or restrained on or after May 7, 2026, impairing access to records and limiting Plaintiff's ability to prepare and file opposition papers.

4. Plaintiff obtained an FTC Identity Theft Report, FTC Report No. 201413273, dated May 11, 2026, which Plaintiff seeks to submit as part of the emergency record.

5. Plaintiff also seeks to file an ACP-related support letter and bank-account-related exhibits supporting the request for emergency relief and extension.

6. Plaintiff possesses or seeks to preserve digital media evidence that should be manually filed because media exhibits and oversized files are commonly handled outside ordinary ECF upload procedures.

Relief requested

Plaintiff respectfully asks the Court to:

1. extend Plaintiff's deadline to file opposition papers by 60 days;

2. temporarily restrain retaliation, arrest efforts based on the facts described by Plaintiff, seizure of Plaintiff's media evidence, or interference with Plaintiff's lodging pending further order;

3.   direct all parties and relevant non-parties to preserve body-worn camera footage, electronic evidence, bank restraint records, tax-warrant-related records, and related materials;

4.   grant leave for Plaintiff to manually file a USB drive or zip-file media exhibit; and

5.   grant such other and further relief as the Court deems just and proper.

Dated: May 11, 2026

Respectfully Done,

/S/

Wendy M. Drews

Plaintiff Pro Se

ACP 7037, P.O. Box 1110

Albany, NY 12201

845-925-0307

---

Declaration of Wendy M. Drews

I, Wendy M. Drews, declare under penalty of perjury under 28 U.S.C. § 1746:

1.   I am the Plaintiff in this action.
2.   I make this declaration in support of my Emergency Motion for Temporary Restraining Order, Preservation of Evidence, Leave to Manually File Media Exhibit, and 60-Day Extension of Time.
3.   I have attempted to obtain legal representation from numerous law firms but have been unable to secure counsel.
4.   My opposition papers were due today, but after the May 7, 2026 seizure or restraint of my bank accounts and the related identity theft issues documented in my FTC Identity Theft Report, I have been unable to fully access records, stabilize my circumstances, and complete my opposition papers.
5.   I obtained an FTC Identity Theft Report, No. 201413273, dated May 11, 2026, which I attach as an exhibit.
6.   I also attach ACP-related documentation and bank-account-related records because they are relevant to my request for emergency relief and additional time.
7.   Defendants did not serve me at my ACP substitute address as required by New York law and ACP procedures. Instead, they went to a relative's home and obtained a false statement, which was then used in the records. This improper service and failure to honor

ACP protections also relate to a separate house theft case and show confusion or conflation of my identity and address.

8. I request permission to manually file a zip file or USB media exhibit because the evidence includes electronic media not suited for ordinary ECF upload.

9. I respectfully request a 60-day extension so that I may attempt to obtain legal help, organize the exhibits, and prepare a complete response.

10. I further request that relevant evidence be preserved pending further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.


Date: May 11, 2026

Place: SDNY New Yor State

ACP 7037 P.O. Box 1110

Albany, New York 12201-1110

Respectfully Done,

/S/

Wendy M. Drews

---

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Wendy M. Drews, Plaintiff,

v.

Abigail Adams, Nicolas Careswell, Michael Corlotta. et al.

Defendants.

[Proposed] Order

Case No. 7:24-cv-06698-NSR


Upon Plaintiff's Emergency Motion for Temporary Restraining Order, Preservation of Evidence, Leave to Manually File Media Exhibit, and 60-Day Extension of Time, and upon the papers submitted, it is hereby:

ORDERED that Plaintiff's request for an extension of time is GRANTED, and Plaintiff shall have an additional 60 days from the current due date to file opposition papers; and it is further

ORDERED that Plaintiff may manually file a USB drive, zip file, or other media exhibit in accordance with the Clerk's Office procedures; and it is further

ORDERED that the parties shall preserve potentially relevant electronically stored information, body-worn camera footage, restraint or levy records, and related documentary evidence pending further order of the Court; and it is further

ORDERED that any further relief requested shall be addressed as the Court directs.

Dated:

White Plains, New York

---

HON. NELSON S. ROMÁN

United States District Judge

---

Notice of Manual Filing of Media Exhibit

Plaintiff Wendy M. Drews hereby gives notice that, in connection with Case No. 7:24-cv-06698-NSR, Plaintiff seeks to manually file a USB drive, zip file, and/or other electronic media exhibit because the material is not practical for ordinary ECF upload and may exceed ordinary attachment limits or require separate media handling.

The manually filed media exhibit is being submitted in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Preservation of Evidence, Leave to Manually File Media Exhibit, and 60-Day Extension of Time.

Dated: May 11, 2026

Respectfully Done,

/S/

Wendy M. Drews

---

Exhibit list
- Exhibit A: FTC Identity Theft Report No. 201413273.
- Exhibit B: ACP instructions/support letter.

# Exhibit B



**KATHY HOCHUL**
Governor

**WALTER T. MOSLEY**
Secretary of State

**Via email** wendydrewsphotography@gmail.com

To:      Whom it May Concern

Date:    May 5, 2026

Re:      Verification of Wendy Drews ACP Participation and Service of Process
         Instructions

This letter serves as confirmation that Wendy Drews has been in the New York State
Address Confidentiality Program (NYS ACP) since December 17, 2024. Her
membership is eligible for renewal on December 17, 2028. This letter further clarifies
the instructions for service of process for ACP participants.

Founded in 2012, the ACP serves victims and survivors of domestic violence,
stalking, sexual offenses, human trafficking and/or kidnapping who are in fear for their
safety and have relocated to an undisclosed location, as well as for reproductive
health center workers, volunteers, and patients who fear for their safety. The ACP
provides a legal substitute address and free mailing forwarding service for
participants, who can include household members on their account. The statutory
authority for the ACP is **Section 108 of the NYS Executive Law**. The statute
requires that all state and local agencies accept the substitute address as the legal
address of the participant.

The New York State Department of State will accept personal service on behalf of
ACP participants. The **Service of Process** instructions are available on the ACP
website here: https://dos.ny.gov/information-agencies-and-organizations. For ACP
participants to be personally served, two copies of the documents must be hand-
delivered to the New York State Department of State Office Building located at One
Commerce Plaza, 99 Washington Avenue, Albany, NY 12231 with a fee of $40 and a
completed Service of Process Cover Sheet. As stated in Executive Law §108, nothing
in this section of law affects the right to serve process in any other manner permitted
by law.

If you have any questions about this letter or the NYS ACP, please do not hesitate to
contact me directly at 518-486-4449 or via email at acp@dos.ny.gov.



**Department of State**
Address Confidentiality Program

**KATHY HOCHUL**
Governor

**WALTER T. MOSLEY**
Secretary of State

Thank you.

Lauren Moose
Director, NYS Address Confidentiality Program
New York State Department of State

# Exhibit B

# Exhibit A

 FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
201413273

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Wendy | M | Drews |
| **Address:** | **Phone:** | **Email:** |
| ACP 7037 , PO Box 1110 Albany , NY 12201 USA | 845-925-0307 | wendydrewsphotography@gmail.com |

## Personal Statement

I was a severe medical malpractice vicitm of nurse Patricia Lee Underwood.4/30/2023 I made law enforcement reports across the region;only Rockland County came after me.The Rockland County Sheriff I told them Sherri Eisenpress dropped my OP at the tail end of my prolonged divorce 2008-2017, and the Support Magistrate Rachelle Kaufamn never enforced my child support owed or maintenance, leading to house foreclsosure, but a co-op cannot foreclsose.I discovered the county clerk 10/4/2024 the truth.May 31, 2023 my son was abducted by the police;I wasnt home;its the only way they could conceal the thefts.After my son was taken soemone used my Social Security number, and drivers license to create a false New York State child support arrears case and tax warrant.I never agree to owe suport and have full custody.While I am in the Address Confidential Program,ex partie papers were filed June 15, 2025 that let them seize my drivers license and US Navy fed account 10/25.May 7,2026 CHASE 2 accts.

## Accounts Affected by the Crime

| Fraudulent Bank Debits or Withdrawals | | |
|---|---|---|
| **Company or Organization:** | Chase Bank | |
| **Account Number:** | 502277558 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 5/2026 | 5/2026 | $ 909 |

## Suspect Information

| Name | Carol Barash |
|---|---|
| **Additional Details** | I had 4 child support money order judgments stolen 2/27/2018 carol barash DSS lawyer filed satisfication of judgements with edwin jeffers on some of them discovered with co-op theft 10/4/2024 certifiedcounty records recent falsified 2026 |

Exhibit A

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Wendy M Drews**

Wendy M Drews

**5/11/2026**

Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.