USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

MEMO ENDORSED

O'Malley & Padovani

Staff Counsel of Selective Insurance
*Not a Partnership*

565 Taxter Road Suite 220
Elmsford, NY, 10523

Phone: (914) 347-1354 | Facsimile: (855) 721-4009
*Service by Fax Not Accepted*

*Reply To: Michael C. O'Malley*
*michael.o'malley@selective.com*

Managing Attorneys
Michael O'Malley, Esq.
Erin Padovani, Esq.*

**Not admitted in New York*

**Defendants' requests for an extension of time to file a reply until July 24, 2026 and for permission to refile ECF 37 with the appropriate entry description are GRANTED. The Clerk of Court is directed to terminate the motions at ECF Nos. 37 and 39.**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Date: July 17, 2026**
**White Plains, New York**

July 16, 2026

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York,

Re: Drews, et al. v. Abigail Adams, et al.
Case No.: 7:24-cv-06698

Dear Judge Roman,

This office represents Defendants Village of Suffern Police Department, Sergeant Abigail Adams, and Sergeant Nicholas Careswell, in this action. Until last week, Elizabeth Demler of our office has been handling the matter; she has left the office and as a result I am writing to respectfully request a brief extension of time to file Defendants' Reply to Plaintiff's opposition to our clients Motion to Dismiss the Complaint.

A review of the file and the Court's docket indicates plaintiff's opposition papers were to be served on or before June 26, 2026, and our clients' reply was due July 14, 2026, at which time we were to file same together with all motion papers (Docket #35). Our office did not receive opposition papers by June 26, 2026, nor at any time prior to same being filed by Plaintiff on July 14, 2026.

As a result of the foregoing, please accept this correspondence as a request for an extension of time to file reply papers until July 24, 2026 so as to allow the time needed to review

the file, familiarize myself with the procedural history and issues raised in Plaintiff's Opposition, and prepare an appropriate reply submission.

This request is made in good faith, is not intended to delay the proceedings, and we do not believe that Plaintiff will suffer any prejudice as a result of the requested extension.

Accordingly, Defendants respectfully request that the Court extend the deadline for filing the Reply to July 24, 2026.

In addition, it appears the papers filed by our office on July 7, 2026, which were opposition to Plaintiff's Emergency Motion, were filed with the wrong description and that entry (Docket #37) should be Opposition To Plaintiff's Emergency Motion to Stay And Request for Leave to File a Second Amended Complaint. I apologize for the error by our office and request permission to refile said document with the appropriate description.

Thank you for your time and consideration.

Respectfully submitted,

Michael C. O'Malley

Michael C. O'Malley, Esq.